## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | |
| FLORIDA INDEPENDENT COLLEGES ) | |
| AND UNIVERSITIES RISK ) | |
| MANAGEMENT ASSOCIATION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Civil No. 09-1930 (RCL)** |
| THE UNITED STATES OF AMERICA and ) | |
| THE INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the Court are the parties' cross-motions for summary judgment [16] [17]. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment is **DENIED**; and it is further

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**. Judgment shall be entered for the defendants, dismissing this case with prejudice.

**SO ORDERED.**


Signed by Royce C. Lamberth, Chief Judge, on March 22, 2012.